Robert R. Wallace (#3366)
Christian S. Collins (#8452)
KIRTON & McCONKIE
Attorneys for Defendants
60 East South Temple, #1800
Salt Lake City, Utah 84111
Telephone: (801) 328-3600



## IN THE UNITED STATES DISTRICT COURT, IN AND FOR DISTRICT OF UTAH, CIVIL DIVISION

| | |
|---|---|
| JARED OSCARSON | **ORDER OF DISMISSAL** |
| Plaintiff, | |
| v. | Civil No. 2:02 CV-348 |
| REDCLIFF ASCENT, INC. and JANE DOES I-V, CORPORATIONS X, Y & Z | Judge Thomas J. Greene |
| Defendant. | |

BASED UPON the motion of the parties that they have fully compromised and settled their differences, good cause appearing therefore, and no just reason appearing for delay of the entry of this order;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the plaintiff's case and all current claims arising under it are hereby dismissed with prejudice.

DATED this 22nd day of April, 2004.

BY THE COURT:

_____
DISTRICT COURT JUDGE

Approved as to form

_____
Attorney for plaintiff

30

United States District Court
for the
District of Utah
April 26, 2004

asp

* * CERTIFICATE OF SERVICE OF CLERK * *

Re:   2:02-cv-00348

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

    Mr. Robert R Wallace, Esq.
    KIRTON & MCCONKIE
    60 E S TEMPLE STE 1800
    SALT LAKE CITY, UT  84111-1004
    EMAIL

    Michael I. Welker, Esq.
    GALLIAN WESTFALL WILCOX & WELKER
    59 S 100 E
    ST GEORGE, UT  84770
    EMAIL